AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRIAN EUGENE NIPPER,

    Plaintiff,

v.

DET JAMES COX, and OFFICER CHASE HIGHSMITH,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:25-cv-21

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated April 21, 2025, the Court dismisses without prejudice Plaintiff's Complaint based on his failure to follow this Court's Order and to prosecute. The Court denies Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____
Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

Date: April 22, 2025

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020